ANNA COHEN, Appellant, *v.* JANLEE HOTEL CORPORATION, Respondent.

Argued October 10, 1950; decided October 20, 1950.

*Martin Rosen* and *Milton Schaffer* for appellant.

*Joseph Haskell* for respondent.

Judgment of Appellate Division reversed, with costs, on the ground that the question as to plaintiff's contributory negligence was one of fact and not of law (see *Millhiser* v. *Beau Site Co.*, 251 N. Y. 290, 293; *Ramaley* v. *Leland*, 43 N. Y. 539, 542; *Becker* v. *Warner*, 90 Hun 187) and case remitted to the Appellate Division for determination upon the questions of fact raised in that court. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.